-FILED-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JUL 17 2019

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO 2:19CR0082 |
| v. | ) | |
| | ) | 26 U.S.C. § 7202 |
| KATHY L. LYNCH | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Background

At times material to this Indictment:

1. Since on or about January 1999, KATHY L. LYNCH has owned and operated Kouts Health Care, Inc. ("KHC") and its predecessor company, Kouts Family Health Care, Inc. ("KFHC," and, collectively, the "Companies"), which were health care clinics located in Kouts, Indiana.

2. LYNCH was the sole shareholder and officer of the Companies and employed several nurses, medical assistants and administrative personnel. LYNCH exercised control over all aspects of the Companies' business affairs, including approving all payments by the Companies, signing all paychecks, and controlling the Companies' bank accounts.

3. LYNCH withheld taxes from her employees' paychecks, including

1

federal income taxes and Medicare and Social Security taxes (often referred to as Federal Insurance Contributions Act or "FICA" taxes). These taxes are collectively referred to in this Indictment as "payroll taxes."

4. LYNCH was required to make deposits of the withheld payroll taxes to the Internal Revenue Service on a periodic basis. In addition, LYNCH was required to file, following the end of each calendar quarter, an Employer's Quarterly Federal Income Tax Return (Form 941), setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of FICA taxes due, and the total tax deposits.

5. Between on or about January 1999 and on or about September 2015, LYNCH consistently withheld payroll taxes from her employees' paychecks, but routinely failed to pay the withheld taxes to the Internal Revenue Service and frequently failed to file quarterly Forms 941. Meanwhile, during this time, LYNCH used the Companies' bank accounts to make tens of thousands of dollars in personal expenditures including personal mortgage and car payments.

6. LYNCH has failed to pay over $216,000 in federal payroll taxes withheld from KHC employees between on or about January 2010 and on or about September 2015. The unpaid payroll tax amounts for the nine calendar

quarters alleged in Counts One through Nine of this Indictment are set forth below:

| | |
|---|---|
| Second Quarter 2013 | $ 9,663.63 |
| Third Quarter 2013 | $ 9,383.15 |
| Fourth Quarter 2013 | $ 12,963.73 |
| Second Quarter 2014 | $ 10,356.94 |
| Third Quarter 2014 | $ 5,364.25 |
| Fourth Quarter 2014 | $ 8,631.75 |
| First Quarter 2015 | $ 4,760.31 |
| Second Quarter 2015 | $ 1,399.26 |
| Third Quarter 2015 | $ 3,153.51 |

7. Altogether, LYNCH has failed to pay over $500,000 in federal payroll taxes withheld from the Companies' employees or otherwise assessed against Company by the Internal Revenue Service between on or about June 1999 and on or about September 2015.

## COUNTS ONE THROUGH NINE
### (Willful Failure to Pay over Tax)

8. Beginning on or about June 30, 2013 and up to and including on or about September 30, 2015, in the Northern District of Indiana, the defendant, KATHY L. LYNCH, did willfully fail to pay over to the Internal Revenue Service all of the federal income and FICA taxes withheld and due and owing to the United States on behalf of Kouts Health Care, Inc. and its employees, for each of the following quarters, with each calendar quarter constituting a separate count of this Indictment:

| Count | Quarter | Quarter Ending Date |
|---|---|---|
| 1 | Second Quarter 2013 | June 30, 2013 |
| 2 | Third Quarter 2013 | September 30, 2013 |
| 3 | Fourth Quarter 2013 | December 31, 2013 |
| 4 | Second Quarter 2014 | June 30, 2014 |
| 5 | Third Quarter 2014 | September 30, 2014 |
| 6 | Fourth Quarter 2014 | December 31, 2014 |
| 7 | First Quarter 2015 | March 31, 2015 |
| 8 | Second Quarter 2015 | June 30, 2015 |
| 9 | Third Quarter 2015 | September 30, 2015 |

Each in violation of Title 26, United States Code, Section 7202.

4

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   */s/ Abizer Zanzi*
      Abizer Zanzi
      Assistant United States Attorney
      Northern District of Indiana

5